Max Herring, as Administrator of the Estate of Pearl Herring, Deceased, Respondent, *v.* J. B. Slattery & Bros., Inc., Respondent, and New York City Housing Authority, Appellant.

Argued November 29, 1943; decided January 6, 1944.

*Charles F. Bachmann, Robert H. Nix* and *John P. Smith* for appellant.

*Jacquin Frank* and *Louis Sirota* for plaintiff-respondent.

*Robert L. Callahan* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.